UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MICHAEL GOODWIN,

      Petitioner,

v.                              **ORDER**

M. CRUZ, Warden, et al,
FEDERAL PRISON CAMP, DULUTH, MN,

      Respondents.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that:

      1. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is DENIED; and

      2. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is DISMISSED WITHOUT PREJUDICE.

Dated: November 8, 2007

                                      s/Michael J. Davis
                                      MICHAEL J. DAVIS
                                      Judge, U.S. District Court